**Dismissed and Opinion Filed August 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00483-CV

**HELEN FRANKS, Appellant**
**V.**
**STONE RANCH, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01682-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By postcard dated June 22, 2016, we informed appellant that the Dallas County Clerk notified the Court the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide, within ten days, verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation we might dismiss the appeal without further notice. *See* TEX. R. APP. P. 37.3(b). To date, appellant has not filed the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

160483F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HELEN FRANKS, Appellant

No. 05-16-00483-CV     V.

STONE RANCH, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas

Trial Court Cause No. CC-16-01682-E.

Opinion delivered by Chief Justice Wright.

Justices Lang-Miers and Stoddart participating.


In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee STONE RANCH recover its costs of this appeal from appellant HELEN FRANKS.


Judgment entered August 15, 2016_.